NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUBIST PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

v.

**MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., FRESENIUS KABI USA, LLC,**
*Defendants-Appellees*

---

2016-1652, -1653

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-00367-GMS, 1:13-cv-01679-GMS, 1:14-cv-00914-GMS, 1:15-cv-01164-GMS, 1:15-cv-01214-GMS, and 1:16-cv-00030-GMS, Judge Gregory M. Sleet.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than May 3, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32