NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CUBIST PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

**v.**

**MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., FRESENIUS KABI USA, LLC, SAGENT PHARMACEUTICALS, INC., CRANE PHARMACEUTICALS LLC, DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC.**
*Defendants-Appellees*

———————————

2016-1652, -1653, -1796, -1853, -2057

———————————

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-00367-GMS, 1:13-cv-01679-GMS, 1:14-cv-00914-GMS, 1:15-cv-01164-GMS, 1:15-cv-01214-GMS, 1:16-cv-00030-GMS, and 1:16-cv-00072-GMS, Judge Gregory M. Sleet.

———————————

# O R D E R

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

2  CUBIST PHARMACEUTICALS LLC v. MYLAN LABORATORIES
                  LIMITED

Accordingly,

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The briefing schedule currently is stayed pending consideration of dispositive motions.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31